UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL FITZGERALD, ) | |
| WORLD WISDOM, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:21-cv-01822-TWP-TAB |
| ) | |
| MAUDE MURRAY, ) | |
| BEACON BOOKS AND MEDIA, LTD, ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION
ON PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

Plaintiffs Michael Fitzgerald and World Wisdom, Inc. have filed a motion requesting that the Clerk of the Court enter default against Beacon Books and Media Ltd. [Filing No. 11.] For the reasons set forth below, Plaintiffs' motion should be granted.

Plaintiffs filed their complaint on June 18, 2021, seeking money damages and declaratory relief from Beacon Books and co-defendant, Maude Murray. Plaintiffs' motion for entry of default sets forth in detail the steps Plaintiffs took to effect service on Beacon Books, a private limited company located in Sale, England. Plaintiffs' motion establishes that Plaintiffs properly served Beacon Books by certified mail and by personal service. Beacon Books failed to answer or otherwise properly respond to the complaint within 21 days of service.

On July 24, 2021, Beacon Books filed what purported to be a motion to dismiss. [Filing No. 8.] On August 8, 2021, the Court granted Plaintiffs' motion to strike this purported motion to dismiss because it was improperly filed by a corporation unrepresented by legal counsel. [Filing No. 15.]

Accordingly, Beacon Books failed to respond to Plaintiffs' complaint. Therefore, pursuant to Fed. R. Civ. P. 55(a), the Clerk should enter default against Defendant Beacon Books. Any objection to the magistrate judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1). Failure to file timely objections within 14 days shall constitute waiver of subsequent review absent a showing of good cause for such failure.

Date: 9/14/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

MAUDE MURRAY
c/o Dilawar khan, Son of Abdul Qayyum
Mandroch Khurd
P.O. Nawan Shehr
Abbottabad KPK
Pakistan

Mohammed Raza-ul-haq Jamil Chishti
Earl Business Centre, Dowry Street.
OldahamOL8 2PF, UK