## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL FITZGERALD and WORLD WISDOM, INC.<br><br>     Plaintiffs,<br><br> v.<br><br>MAUDE MURRAY and BEACON BOOKS AND MEDIA, LTD,<br><br>     Defendants. | Civil Action No. 1:21-cv-01822-TWP-TAB |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having reviewed the Plaintiffs' Motion to Dismiss RICO Claim Without Prejudice and being duly advised, here GRANTS Plaintiffs' Motion.

IT IS HEREBY ORDERED that Count I of Plaintiffs' Complaint, which alleged a claim for civil RICO under 18 U.S.C. § 1961 *et seq.*, is DISMISSED WITHOUT PREJUDICE.

Date: 2/2/2023

                        Hon. Tanya Walton Pratt, Chief Judge
                        United States District Court
                        Southern District of Indiana

Distribution:

Counsel of record

Maude Murray
c/o Dilawar Khan, Son of Abdul Qayyum
Mandroch Dhurd
P.O. Nawan Shehr
Abbottabad, KPK
Pakistan
00 92 313 595 0323

US.355294524.01