# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL FITZGERALD, and<br>WORLD WISDOM, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     No. 1:21-cv-01822-TWP-TAB<br>) |
| MAUDE MURRAY, and<br>BEACON BOOKS AND MEDIA, LTD, | )<br>)<br>) |
| Defendants. | ) |

### AMENDED PERMANENT INJUNCTION PURSUANT TO FED. R. CIV. PRO. 65(d)

Consistent with the Entry on Motion to Dismiss and Motion for Summary Judgment and Order on Motion to Amend Permanent Injunction, the Court now **ENTERS** this **AMENDED PERMANENT INJUNCTION** pursuant to Federal Rule of Civil Procedure 65(d).

**IT IS SO ORDERED** that,

a. Maude Murray, and anyone acting in concert with her, is prohibited from directly or indirectly distributing, selling, or offering for sale copies of "Third Wife of the Muslim Shaykh Frithjof Schuon" in any format or medium, to any person or location within the United States, including via Google Drive, specifically 1621765025198_Third Wife EPROOF-1912356589-4-440(1)(1)- edited.pdf - Google Drive. Any interactive computer services that operate, host, or otherwise control websites which host copies of "Third Wife of the Muslim Shaykh Frithjof Schuon" are ordered pursuant to the All Writs Act, 28 U.S.C. § 1651(a), to remove such postings;

b. Maude Murray, and anyone acting in concert with her, is prohibited from directly or indirectly engaging in any marketing, advertising, or any other conduct that seeks requests

of Maude Murray's book "Third Wife of the Muslim Shaykh Frithjof Schuon" that is accessible to any person or location within the United States, including but not limited to, on the internet (e.g., blogs, websites) and on any and all social media platforms (e.g., Twitter), and Maude Murray must remove any such promotions, including but not limited to the videos available at the following URLs:

1. https://www.youtube.com/watch?v=AqqeFLvUnjs; and,

2. https://www.youtube.com/watch?v=VgDyMIRux2Y&t=1s.

3. Any interactive computer services that operate, host, or otherwise control websites which host this content are Ordered pursuant to the All Writs Act, 28 U.S.C. § 1651(a) to remove such websites, videos, postings or links upon being notified of this Order and being requested to do so;

c. Maude Murray is prohibited from directly or indirectly copying any constituent elements of the Plaintiffs' copyrighted works (including "Points of Reference" and "Letter to Sister Veronica") without the Plaintiffs' express consent;

d. Maude Murray is prohibited from directly or indirectly using any aspect of Frithjof Schuon, Catherine Schuon, or Michael Fitzgerald's personality for any commercial purpose without the Plaintiffs' express consent; and

e. Maude Murray, and anyone acting in concert with her, is prohibited from directly or indirectly disseminating or publicizing in any manner, including in writing or through the use of video tape recordings, information of any type concerning or in any way related to Frithjof Schuon, Catherine Schuon, or Michael Fitzgerald, including disseminating this information through any and all blogs and social media platforms, including YouTube. Any interactive computer services that operate, host, or otherwise control websites which

host this content are Ordered pursuant to the All Writs Act, 28 U.S.C. § 1651(a) to remove such websites, videos, postings, or links upon being notified of this Order and being requested to do so.

Dated: 5/11/2023

                                                                                       Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Elizabeth Anne Charles
FAEGRE DRINKER BIDDLE & REATH
elizabeth.charles@faegredrinker.com

Louis T. Perry
FAEGRE DRINKER BIDDLE & REATH
louis.perry@faegredrinker.com

Jason Rauch
FAEGRE DRINKER BIDDLE & REATH
jason.rauch@faegredrinker.com

Cory L. Turner
BARNES & THORNBURG LLP
cory.turner@btlaw.com

Maude Murray
c/o Dilawar Khan, Son of Abdul Qayyum
Mandroch Khurd
P.O. Nawan Shehr
Abbottabad, KPK
Pakistan

Google LLC
c/o Registered Agent: Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

YouTube, Inc.
Attn: Legal Support
901 Cherry Ave.
San Bruno, CA 94066